UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON K. BROWN,
               Plaintiff,

v.

ANTHONY ANNUCCI, Commissioner;
MICHAEL CAPRA, Superintendent;
F. CARABALLO, Correctional Sergeant;
J. AYALA, Correctional Officer; S. AMARO,
Correctional Officer; V. YOUNG, Registered
Nurse; K. GREEN, Correctional Officer; T.
BOWEN, Correctional Officer; M. BARNES,
Correctional Captain; "RODRIGUEZ" JOHN
DOE, Correctional Officer; JOHN DOE,
Correctional Officer; M. ROYCE, Deputy
Superintendent of Security; D. VENNETTOZI,
Director of Special Housing; L. MALIN, Deputy
Superintendent of Programs; and J.
DECKELBAUM, Correctional Sergeant,
               Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 9048 (VB)

On January 22, 2020, the Court issued a Third Amended Order of Service, in which the Court ordered defense counsel to (i) ascertain and identify the badge number of the John Doe defendant referenced in the amended complaint, and (ii) provide this information by February 12, 2020. (Doc. #30 at 3). By Order dated February 6, 2020, the Court reminded defense counsel of this obligation. (Doc. #35).

Defense counsel has not provided such information to the Court. The Court reminds counsel that its orders are not mere suggestions.

Accordingly, the Court sua sponte extends to February 20, 2020, defense counsel's time to comply with the Third Amended Order of Service and February 6 Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an

1

appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 14, 2020
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge