UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON K. BROWN,
                      Plaintiff,

v.

ANTHONY ANNUCCI, Commissioner;
MICHAEL CAPRA, Superintendent;
F. CARABALLO, Correctional Sergeant;
J. AYALA, Correctional Officer; S. AMARO,
Correctional Officer; V. YOUNG, Registered
Nurse; K. GREEN, Correctional Officer; T.
BOWEN, Correctional Officer; M. BARNES,
Correctional Captain; M. ROYCE, Deputy
Superintendent of Security; D. VENNETTOZI,
Director of Special Housing; L. MALIN, Deputy
Superintendent of Programs; J. DECKELBAUM,
Correctional Sergeant; CARLOS J.
RODRIGUEZ, Correctional Officer; and LERVIS
MEREJO, Correctional Officer,
                      Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 9048 (VB)

       On April 20, 2020, defendants Annucci, Capra, Young, Green, Bowen, Barnes, Royce, Venettozzi, Malin, and Deckelbaum moved to dismiss plaintiff's amended complaint, and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Docs. ##44–45). Plaintiff's opposition to the motion was due May 7, 2020. See Fed. R. Civ. P. 6(d); Local Civil Rule 6.1(b).

       To date, plaintiff has failed to oppose the motion or seek an extension of time to do so.

       Accordingly, it is HEREBY ORDERED:

       The Court sua sponte extends to June 12, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to respond to the motion by June 12, 2020, the motion will be deemed fully submitted and unopposed.**

       If plaintiff opposes the motion, defendants' reply, if any, shall be due June 26, 2020.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 15, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge