UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON K. BROWN,
        Plaintiff,

v.

F. CARABALLO; J. AYALA; S. AMARO; L.
MALIN; J. DECKELBAUM; CARLOS J.
RODRIGUEZ; and LERVIS MEREJO,
        Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 9048 (VB)

       The Court conducted a status conference today on the record, at which plaintiff, proceeding <u>pro se</u>, and counsel for defendants appeared by telephone. Among other items, the parties discussed: (i) plaintiff's discovery requests for certain Department of Correction and Community Supervision ("DOCCS") directives, which were faxed to the Court on December 22, 2021, for in-camera inspection and which shall be docketed separately under seal; (ii) plaintiff's discovery requests for defendants' disciplinary histories, which, according to defense counsel, were disclosed to plaintiff as part of defendants' compliance with Rule 33.2 of the Local Rules of the United District Court for the Southern District of New York; and (iii) defendants' anticipated motion for partial summary judgment.

       Accordingly, it is HEREBY ORDERED:

1. Plaintiff's requests for DOCCS Directives ##9600 and 4960 are DENIED for the reasons stated during today's conference.

2. Plaintiff's request for DOCCS Directive #4944 is GRANTED for the reasons stated during today's conference, with redactions to the entirety of Sections IV–VI of the directive. By **February 28, 2022**, defense counsel shall arrange for the redacted version of Directive #4944 to be provided to plaintiff to review in-person. Plaintiff shall be provided a reasonable amount of time to review the document and take any notes. **By no later than one week following plaintiff's review of the directive**, defense counsel shall submit a letter to the Court confirming that plaintiff has been provided the opportunity to review as directed in this Order.

3. By **February 2, 2022**, defense counsel shall file on the docket a copy of defendants' disclosures to plaintiff under Local Civil Rule 33.2.

4. By **March 11, 2022**, defendants shall file their motion for partial summary judgment. By **April 11, 2022**, plaintiff shall file his opposition to defendants' motion. By **April 25, 2022**, defendants shall file their reply.

       Chambers will mail a copy of this Order as well the Motion Guide for <u>pro se</u> litigants to plaintiff at the address on the docket.

Dated: January 26, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2