UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON K. BROWN,

          Plaintiff,

v.

F. CARABALLO, J. AYALA, S. AMARO, and
CARLOS J. RODRIGUEZ,

          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 9048 (VB)

Copies Mailed/Faxed 10/6/22
Chambers of Vincent L. Briccetti

    The Court conducted a status conference today on the record, at which plaintiff, proceeding pro se, and counsel for defendants appeared by telephone.

    Accordingly, it is hereby ORDERED:

1. For the reasons stated on the record at today's conference, plaintiff's oral request for pro bono counsel is GRANTED.

2. The parties are directed to discuss in good faith whether they consent to conducting the trial in this case before Magistrate Judge McCarthy, and if the parties do so consent, to file the attached fully executed Notice, Consent, and Reference to a Magistrate Judge form.

3. The next status conference is scheduled for December 15, 2022, at 9:30 a.m. Plaintiff and defense counsel shall attend the status conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662
    **Access Code:**    1703567

It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone at the time of the scheduled conference.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 6, 2022
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti, U.S.D.J.

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
                                                            *District Judge's signature*

                                                          _____
                                                              *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.