UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BYRON K. BROWN,
           Plaintiff,

v.

F. CARABALLO, J. AYALA, S. AMARO,
and CARLOS J. RODRIGUEZ,
           Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 9048 (VB)

On January 6, 2023, defense counsel, with the consent of plaintiff's counsel, requested a two-month adjournment of the trial, scheduled to begin on April 17, 2023, based on the unavailability due to illness of one of the defendants. (Doc. #111). The request is GRANTED.

Accordingly, it is hereby ORDERED:

1. The final pre-trial conference, initially scheduled for April 12, 2023, is adjourned to **June 6, 2023, at 2:30 p.m**. The conference will proceed in person, in Courtroom 620 at the White Plains Courthouse.

2. Jury selection and trial are now scheduled to begin on **June 12, 2023, at 9:30 a.m**.

3. The deadlines set forth in Paragraphs 1 through 5 of the Court's Order dated December 15, 2022 (Doc. #108), remain unchanged.

4. By **January 17, 2023**, plaintiff's counsel shall submit for the Court's approval a revised proposed writ of habeas corpus ad testificandum to ensure that their client is produced for the final pre-trial conference on June 6, 2023, and for the trial on June 12 through June 16, 2023.

5. In addition, **as soon as possible**, plaintiff's counsel shall notify Sing Sing Correctional Facility, New York State Department of Corrections and Community Supervision, and the U.S. Marshals Service that the prior writ of habeas corpus ad

testificandum, dated December 20, 2022 (Doc. #110), is no longer in effect and will be replaced by a writ reflecting the new dates for the pre-trial conference and trial.

The Clerk is instructed to terminate the letter-motion. (Doc. #111).

Dated: January 10, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge